IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID WARD**                                                                                          **PLAINTIFF**

v.                              **Case No. 4:24-cv-00459-KGB**

**J.B. BANNING**
**a/k/a MONEY IN THE BANK**                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff David Ward's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 11th day of September, 2025.

_____
Kristine G. Baker
Chief United States District Judge